# Exhibit "A"



**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

# Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

020791  BREOF BNK2 Texas LP
       c/o Brascan Real Estate Opportunity Fund   August 8, 2014
       ATTN:  Steven Ganeless   Invoice No. 605588
       Three World Financial Center   Fed. I.D. 35-0957980
       200 Vesey Street, 11th Floor
       New York, NY  10281-1021

For Legal Services in Connection With:

Matter:  020791-0009  T C Jester Mobil, Inc., 1075 Kingwood Dr., Houston, TX/
                           Recovery of Earnest Money

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/10/14 | B. Jones | 0.4 | Email to client regarding status of efforts to collect on judgment. |
| 07/18/14 | B. Jones | 0.4 | Email to plaintiff's counsel regarding plaintiff's failure to respond to post-judgment discovery. |
| 07/29/14 | B. Jones | 0.9 | Attention to drafting Motion to Compel. |
| 07/29/14 | J. Huang | 1.9 | Draft Motion to Compel a response to our Post-Judgment Interrogatories and Requests for Production. |

                    Total for Services      $880.50

                    Total This Invoice      $880.50

                    Total Balance Due      $880.50


**BOSE**
**McKINNEY**
**& EVANS** LLP
ATTORNEYS AT LAW

Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

020791   BREOF BNK2 Texas LP

                                              Page   2
                                              August 8, 2014
                                              Invoice No. 605588

---

REMITTANCE COPY

Matter: 020791-0009   T C Jester Mobil, Inc., 1075 Kingwood Dr., Houston, TX/
                              Recovery of Earnest Money

|  |  |
|---|---|
| Total Due Invoice 605588 | $880.50 |
| **Total Balance Due Upon Receipt** | **$880.50** |

                PLEASE SEND WITH CHECK TO:

                BOSE McKINNEY & EVANS LLP
                111 MONUMENT CIRCLE, SUITE 2700
                INDIANAPOLIS, IN   46204

        Please call (317) 684-5140 with any questions.

     THANK YOU FOR CHOOSING BOSE McKINNEY & EVANS!
     WE APPRECIATE THE OPPORTUNITY TO SERVE YOU.