



**BOSE McKINNEY & EVANS LLP**
ATTORNEYS AT LAW

Invoice

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

```
020791   BREOF BNK2 Texas LP
         c/o Brascan Real Estate Opportunity Fund     September 11, 2014
         ATTN:  Steven Ganeless                       Invoice No. 607901
         Three World Financial Center                 Fed. I.D. 35-0957980
         200 Vesey Street, 11th Floor
         New York, NY  10281-1021
```

For Legal Services in Connection With:

Matter:   020791-0009   T C Jester Mobil, Inc., 1075 Kingwood Dr., Houston, TX/
                        Recovery of Earnest Money

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 08/01/14 | B. Jones | 1.2 | Revise, finalize and file Defendant's Motion to Compel Post-Judgment Discovery. |
| 08/25/14 | B. Jones | 0.2 | Receipt and review of Court's notice of setting of hearing on Motion to Compel. |

                                      Total for Services       $420.00

                                      Total This Invoice       $420.00

OUTSTANDING INVOICES:

| DATE | NUMBER | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/08/14 | 605588 | $880.50 | $.00 | $880.50 |

                                Prior Outstanding Invoices       $880.50

                                Total Balance Due       $1,300.50



**BOSE McKINNEY & EVANS** LLP
ATTORNEYS AT LAW

MAIL REMITTANCES TO:

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000

# Invoice

020791    BREOF BNK2 Texas LP

Page    2
September 11, 2014
Invoice No. 607901

---

REMITTANCE COPY

Matter: 020791-0009    T C Jester Mobil, Inc., 1075 Kingwood Dr., Houston, TX/
Recovery of Earnest Money

OUTSTANDING INVOICES:

| DATE | NUMBER | AMOUNT | CREDITS | BALANCE |
|------|--------|--------|---------|---------|
| 08/08/14 | 605588 | $880.50 | $.00 | $880.50 |

| | |
|---|---|
| Prior Outstanding Invoices | $880.50 |
| Total Due Invoice 607901 | $420.00 |
| **Total Balance Due Upon Receipt** | **$1,300.50** |

PLEASE SEND WITH CHECK TO:

BOSE McKINNEY & EVANS LLP
111 MONUMENT CIRCLE, SUITE 2700
INDIANAPOLIS, IN    46204

Please call (317) 684-5140 with any questions.

THANK YOU FOR CHOOSING BOSE McKINNEY & EVANS!
WE APPRECIATE THE OPPORTUNITY TO SERVE YOU.